UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MARIE VENTURA - OLVERA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:21-cv-02676-SP<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: June 8, 2022

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

1